UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR IVAN GUADERRAMA TREJO ) | |
| Petitioner ) | |
| v. ) | Case No.: 7:22-CR-00620 (CS) |
| UNITED STATES OF AMERICA ) | |
| Respondant ) | |

Application denied. Mr. Guaderrama-Trejo is not eligible for the zero-point reduction because he was sentenced to the mandatory minimum term of 60 months' imprisonment, and that would be the low end of his Guidelines range even if his offense level were 25 rather than 27.  See USSG 5G1.1(c)(2) and USSG 1B1.10(a)(2)(B) & Application Note 1 thereto. The Clerk of Court is respectfully directed to send a copy of this endorsement to Mr. Trejo

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/20/24

## MOTION TO REDUCE SENTENCE

Comes now Petitioner, Oscar Ivan Guaderrama Trejo, acting pro se, and persuant to 18 U.S.C. Section 3582(c)(2), respectfully request to reduce his sentence, according to Amendment 821, effective November 1, 2023. The Petitioner is a zero-point offender who fulfills part A of Amendment 821 and whose offense did not involve specific aggravating factors. The Defendant qualifies for a sentence reduction under subpart 1 of part B. (Please see enclosed copies).

## CONCLUSION

The Petitioner respectfully request this Honorable Court to grant this motion with the maximum reduction possible.

Respectfully Submitted,

*Oscar G.*

Oscar Ivan Guaderrama Trejo
Reg. No.: 12834-510
P.O. Box 5000
Yazoo City, MS 39194-5000



RECEIVED
MAR 20 2024
U.S.D.C.
W.P.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing motion for reduce sentence, on this **7** day of **MARCH** ,2024.

United States District Court for the
Southern District of New York
Clerk's Office
300 Quarraposa Street, Room 275
White Plains, NY 10601-4150

Respectfully Submitted,

*Oscar G.*

Oscar Ivan Guaderramo Trejo
Reg. No.: 12834-510
P.O. Box 5000
Yazoo City, MS 39194-5000

## PRO SE DECLARATION

The Petitioner declares under penalty of perjury that he is a layman in the law and the complex issues involved in this case and should be held to a less stringent standard than an attorney under Haines v. Kerner, 404, U.S. 519, 30 L. ED 2d 652 S. CT. (1972), and its progency cases.

## DECLARATION UNDER THE MAILBOX RULE

I declare under the penalty of perjury that this filing was placed into the hands of the prison authorities during the legal mail call at Yazoo City Low I, persuant to Houston v. Lack, this **7** day of **MARCH**, 2024.

*Oscar G.*

Oscar Ivan Guaderramo Trejo
Reg. No.: 12834-510
P.O. Box 5000
Yazoo City, MS 39194-5000



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GUADERRAMA TREJO, OSCAR IVAN   12834-510

SEQUENCE: 02338415
Team Date: 02-27-2024

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 09-14-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 09-15-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 02-29-2024 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 02-29-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 02-29-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 09-28-2023 |
| N-EDUC Y | NEED - EDUCATION YES | 02-29-2024 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 02-29-2024 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 02-29-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-29-2024 |
| N-MEDICL N | NEED - MEDICAL NO | 02-29-2024 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 02-29-2024 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-29-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 02-29-2024 |
| N-WORK Y | NEED - WORK YES | 02-29-2024 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 02-29-2024 |

### Progress since last review

He appears to have completed Brain Health and K2 Awareness since his last review. He is on the waiting list for Money Smart General Pop and ESL. He has gained employment in Unicor. He has maintained clear conduct.

### Next Program Review Goals

ENROLL IN AND COMPLETE CRIMINAL THINKING CLASS OR SIMILAR COURSE BY NEXT PROGRAM REVIEW of AUGUST OF 2024, WHICH WILL ADDRESS YOUR COGNITIONS NEED. Save at least 10%, from your account for release purposes Complete these goals by AUGUST OF 2024.

### Long Term Goals

Long term goals are to complete any and all First Step Classes that you have a NEED for by 01-01-2025 (see your FSA Needs Assessment Worksheet) as example: (PARENTING NEED) complete a FSA Parenting class or similar FSA course, (Finance/Poverty NEED) complete Money Smart class or similar FSA course. (COGNITION NEED) complete Victim Impact class or similar FSA course. (ANGER/HOSTILITY NEED) complete Anger Management class or similar FSA course. (Substance Abuse NEED) Complete K2 Awareness or similar FSA course; also complete RDAP or Non Residential Drug Program prior to release for substance abuse treatment and/or judicial recommendations. Save 10% of incoming money a month to assist with release expenses by 01-01-2025.

### RRC/HC Placement

### Comments

Treaty Transfer: Eligible and not interested.
Maintain close family ties by communicating with family and friends at least 3 times a week via email, telephone calls, letters, and encouraging visitation. Receive Good work evaluations throughout your term of incarceration. Maintain clear conduct and good cell sanitation throughout your term of incarceration. RRC placement will be reviewed 17-19 months from release date. All pending charges must be resolved, if applicable, unless you are FTC Eligible and have earned RRC/Home Confinement days over 365 days which can be applied towards RRC/HC placement. Seek counseling from Psychology staff for any mental health concerns. Report to sick call in the Health Services Department for minor medical concerns.

# FSA Needs Reassessment
Register Number:12834-510, Last Name:GUADERRAMA TREJO

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 12834-510<br>Inmate Name<br>  Last.........: GUADERRAMA TREJO<br>  First........: OSCAR<br>  Middle.......: IVAN<br>  Suffix.......:<br>Gender........: MALE | Responsible Facility: YAZ<br>Assessment Date.....: 02/29/2024 |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After | - Assignment | - Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
| | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | GED XN | EXEMPT GED NON-PROMOTABLE |
| | After | N-EDUC Y | NEED - EDUCATION YES |
| Family/Parenting | Before | N-FM/PAR Y | NEED - FAMILY/PARENTING YES |
| | After | N-FM/PAR Y | NEED - FAMILY/PARENTING YES |
| Finance/Poverty | Before | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| | After | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | ED NONE | DRUG EDUCATION NONE |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA Y | NEED - TRAUMA YES |
| | After | N-TRAUMA Y | NEED - TRAUMA YES |
| Work | Before | N-WORK Y | NEED - WORK YES |
| | After | N-WORK Y | NEED - WORK YES |

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:12834-510, Last Name:GUADERRAMA TREJO

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 12834-510 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (14) |
|   Last.........: GUADERRAMA TREJO |   Violent Level......: R-LW (8) |
|   First........: OSCAR | Security Level Inmate: LOW |
|   Middle.......: IVAN | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: YAZ |
| Gender.........: MALE | Start Incarceration..: 06/15/2023 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 36 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | NotEnrolled | 0 | 0 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 1 | -1 | -1 |
| | Total | 14 | 8 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data
---
Item: Work Programs, Value: 1
General Score: -1, Violent Score: -1
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| WRK | UNICOR 7 | 12/04/2023 13:05 | |



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GUADERRAMA TREJO, OSCAR IVAN  12834-510

SEQUENCE: 02338415
Team Date: 02-27-2024

| | |
|---|---|
| Facility: | YAZ YAZOO CITY FCI |
| Name: | GUADERRAMA TREJO, OSCAR IVAN |
| Register No.: | 12834-510 |
| Age: | 36 |
| Date of Birth: | 03-30-1987 |

| | |
|---|---|
| Proj. Rel. Date: | 09-18-2026 |
| Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| DNA Status: | YAZ06910 / 09-01-2023 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Inmate Photo ID Status

Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAZ | UNICOR 7 | SUB-ASSB BAC - 153 | 12-04-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAZ | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 09-06-2023 |
| YAZ | GED XN | EXEMPT GED NON-PROMOTABLE | 09-06-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| NO COURSES | | | | |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-05-2023 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-29-2023 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 09-05-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-05-2023 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 09-15-2023 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | | |
|---|---|---|---|---|
| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 09-15-2023 | |
| Inmate Decision: | AGREED | $25.00 | Frequency: | QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: | $100.00 |

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:  $ N/A          Payments commensurate ?  N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

```
YAZNL  606.00  *       MALE CUSTODY CLASSIFICATION FORM       *       02-29-2024
PAGE 001 OF 001                                                        07:33:44
                             (A) IDENTIFYING DATA
REG NO..:  12834-510          FORM DATE: 02-28-2024          ORG: YAZ
NAME....:  GUADERRAMA TREJO, OSCAR IVAN
                                         MGTV: NONE
PUB SFTY: ALIEN                          MVED:
                              (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
MOS REL.: 30                    CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (2) NO VERFD HS/ NO GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                    --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV  MGMT SEC LEVEL   CUSTODY   CONSIDER
 +7   +20    -4         +3         LOW            N/A            IN     DECREASE



G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



RECEIVED
MAR 20 2024
U.S.D.C.
W.P.

```
YAZNL   540*23  *         SENTENCE MONITORING            *    02-29-2024
PAGE 001        *         COMPUTATION DATA               *    07:45:02
                          AS OF 02-29-2024

REGNO..: 12834-510 NAME: GUADERRAMA TREJO, OSCAR IVAN


FBI NO............: N36WJ9PAX         DATE OF BIRTH: 03-30-1987  AGE: 36
ARS1..............: YAZ/A-DES
UNIT..............: 3 GP              QUARTERS.....: C07-048U
DETAINERS.........: NO                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-21-2026

FINAL STATUTORY RELEASE FOR INMATE.: 10-28-2026 VIA GCT REL
        WITH APPLIED FSA CREDITS.:   40  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 09-18-2026 VIA FSA REL


---------------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 7:22-CR-00620(CS)
JUDGE...........................: SEIBEL
DATE SENTENCED/PROBATION IMPOSED: 06-15-2023
DATE COMMITTED..................: 08-28-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS    MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $100.00          $00.00           $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO     AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:   391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 AND 841(B)(1)(B) NARCOTICS CONSPIRACY, A CLASS B FELONY

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
  TERM OF SUPERVISION.............:     5 YEARS
  DATE OF OFFENSE.................: 07-26-2022




G0002       MORE PAGES TO FOLLOW . . .
```

Wey Blada [handwritten annotation]



RECEIVED MAR 20 2024 U.S.D.C. W.P.

```
YAZNL  540*23 *           SENTENCE MONITORING            *    02-29-2024
PAGE 002 OF 002 *           COMPUTATION DATA             *    07:45:02
                            AS OF 02-29-2024

REGNO..: 12834-510 NAME: GUADERRAMA TREJO, OSCAR IVAN


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-18-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-24-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-15-2023
TOTAL TERM IN EFFECT............:   60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 07-26-2022

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     07-25-2022    06-14-2023

TOTAL PRIOR CREDIT TIME.........: 325
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 270
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 10-28-2026
ELDERLY OFFENDER TWO THIRDS DATE: 11-24-2025
EXPIRATION FULL TERM DATE.......: 07-25-2027
TIME SERVED.....................:      1 YEARS      7 MONTHS      5 DAYS
PERCENTAGE OF FULL TERM SERVED..:  32.0
PERCENT OF STATUTORY TERM SERVED:  37.5

PROJECTED SATISFACTION DATE.....: 09-18-2026
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...:  40




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Oscar Ivan Guaderrama Trejo
#12834-510
P.O. Box 5000
Yazoo City, MS 39194-5000

RECEIVED
MAR 20 2024
U.S.D.C.
W.P.



United States District Court
for the
Southern District of New York
Clerk's Office
300 Quarraposa Street, Room 275
White Plains, NY 10601-4150

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
CLERK'S OFFICE
300 QUARRAPOSA ST. ROOM 275
WHITE PLAINS, NY 10601-4150

2. Article Number (Transfer from service label)

9590 9402 8170 3030 1656 11

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt